UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH DONOGHUE and AARON RUBENSTEIN,<br><br>    Plaintiffs,<br><br> v.<br><br>PFSWEB INC.,<br><br>    Nominal Defendant,<br><br>  and<br><br>G2 INVESTMENT PARTNERS MANAGEMENT LLC, G2 INVESTMENT PARTNERS GP LLC, and JOSH GOLDBERG,<br><br>    Nominal Defendant. | No. 1:15-cv-09590-JPO<br><br>(ECF CASE) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs and their counsel hereby give notice that Plaintiffs voluntarily dismiss this case with prejudice.

Dated: New York, New York
   January 5, 2016

*s/ Miriam Tauber*
_____

Miriam Tauber
885 Park Avenue 2A
New York, New York 10075
Tel: 323.790.4881
MiriamTauberLaw@gmail.com

David Lopez
171 Edge of Woods Road, PO Box 323
Southampton, New York 11968
Tel: 631.287.5520
Fax: 631.283.4735
DavidLopezEsq@aol.com

*Attorneys for Plaintiffs*